No.04-14-00509-CV

CAUSE No 2013-CI-12691



# FOURTH COURT OF APPEALS DISTRICT

# CADENA-REEVES JUSTICE CENTER

300 Dolorosa, Suite 300

San Antonio, Texas 78205-3037

Original Brief date February 9, 2015

# APPELLANTS BRIEF - AMENDED 4-30-15.

**GLORIA E. OCHOA–APPELLANT, APPELLANT IN PROPIA PERSONA**

**V.**

**NAIL FLOWER NAIL/BEAUTY SALON-APPELLEE.**

**ON APPEAL FROM THE 224TH JUDICIAL DISTRICT COURT**

**IN BEXAR COUNTY, TEXAS**

**From the 224th Judicial District Court, Bexar County, Texas**

**Trial Court No 2013-CI-12691**

**Honorable Antonia Arteaga, Judge Presiding**

Appellant/Plaintiff:    Plaintiff/Appellant's Counsel

Gloria E. Ochoa – Appellant in Propria Persona

542 Williamsburg Place

San Antonio, Texas 78201

Phone: 210-309-0744

Phone: 210-736-1408

**Appellee/Defendant: Defendant/Appellee's Counsel:**

**Campbell, Miller & Associates**

**Elizabeth W. Lennane**

**IBN. 24053014**

**300 Convent, Suite 2350**

**San Antonio, Texas 78205**

**Phone: 210-229-9879**

**Fax 210-229-9878**

# TABLE OF CONTENTS:

INDENTITY OF PARTIES AND
COUNSEL ...............................................................................................i

INDEX OF AUTHORITIES.........................................................iv

STATEMENT OF CASE.................................................................vi

ISSUES PRESENTED......................................................................vii

STATEMENT REGARDING ORAL ARGUMENT.........................viii

STATEMENT OF FACTS...................................................................1

STATEMENT OF THE ARGUMENT...............................................2

ARGUMENT.......................................................................................4

CONCLUSION AND PRAYER..........................................................5

CERTIFICATE OF SERVICE...........................................................6

APPENDIX..........................................................................................7

## INDEX OF AUTHORITIES

**NEGLIGENCE. 322.01 (2), 322, 05 (2 CH 290).**

## CASES

**Beauty Shops, Inc, v Foreman, 319 S. W. 2D 737, 738-739 9 Civ, App., - Houston 1958, see 322.01 (6). For additional causes of action, see 322.100 (2). (b)...Elements of Cause of Action for Negligence of Barber or Cosmetologist.**

**Dickey v Jackson, 193 S. W. 584, 585 (CIV., Galveston 1927), reviewed on other ground. 1 s.w. 2D 577, (Comm, App 1928, judgement adopted and holding approved, see 322.05 (2) (a); See also Chg 20, damages in Tort).**

**PROFESSIONAL MALPRACTICE 322.103 (1) (b) (322.76**

**(b)-ELEMENTS OF CAUSE OF ACTION FOR NEGLIGENCE OF BARBER OR COSMETOLOGISTS.**

**This form alleges the five stanrdard elements of negligence: duty, breach of duty, proximate causation, injury and damages.**

**See 322.01, (1) 322.05 (2); CH 2980, Negligence). The duty owed to the plaintiff' arrises out of the professional relationship between the barber or cosmetologist and the client and the breach of duty is the professionals' failure to perform services for the client with the care and diligence commonly exercised by similar professionals in similar circumstances (see 322.05 (2) (a). The harm generally takes the form of physical personal injuries, although the plaintiff may recover damages for mental**

iv

**INDEX OF AUTHORITIES (CONTINUED)**

anguish for an embarrassment of humiliation resulting from alterations in his or her appearance caused by the professional's

negligence  (Dickey v Jackson, 193 S.W. 5854, 585 (Civ. App. - Galveston 1927), reviewed on other ground. 1 s.w. 2D 577, (Comm, App 1928, judgement adopted and holding approved, see 322.05 (2) (a); see also Chg 20, Damages in Tort.

iv.

**STATEMENT OF THE CASE**

**STATEMENT OF FACTS – & SEE ATTACHED "RECORD" REFERENCES.**

On 8-09-2011, I received severe "staph infection" to my left thumb after a manicure at Nail Flower Beauty Salon.

This resulted in **ONGOING**, chronic pain, loss of use for thumb, fingers, disfigurement and other related injuries and ongoing medical treatment.

**SUMMARY JUDGEMENT WAS RENDERED 6-19-14 FOR NOT PROVIDING LEGAL RESPONSE IN A TIMELY MANNOR.**

Citation: This case did not go to trial and thus no court reporter records available.

**\*\*ORAL ARGUMENT REQUESTED\*\***

# GOOD CAUSE.

There was "**Good Cause**" for the failure to timely make, amend or supplement the discovery response.

**REFER TO ITEMS 3, 4, 5, 6, 7, BELOW.**

1. This motion is presented within the time limits prescribed by the Texas rules of Civil procedure for Motion for a new trial.

2. The Judgment of the court is contrary to law.

**3. There was insufficient evidence to support the engorgement as delivered, as Plaintiff was NOT ALLOWED to present REASONS for not responding in a timely manner.**

**\*\*The Court erred in this regard. As the victim of Defendants negligence & suffering from effects of the infection , I was not able to physically, mentally, emotionally, respond in timely mannor. See "Good Cause" above.\*\***

**4. Plaintiffs failure to file an answer before judgment was the result of an accident and or mistake, rather than due to an intentional act or the result of conscious indifference.**

**5. Plaintiff "is" the "Injured Party" and unrepresented by attorney as previous attorney abruptly canceled agreement to represent her.**

**\*\*ORAL ARGUMENT REQUESTED\*\***

**PAGE 10 OF 22**

**Good Cause (continued)**

**Plaintiff has been unable to locate other attorney who would take case due to limited time frame to work on this case.**

**6. Plaintiff/Gloria E Ochoa has been and is CURRENTLY under PHYSICIANS CARE & ONGOING MEDICAL CARE and on MEDICATIONS.**

**See INCLUDED/ATTACHED ongoing MEDICAL TREATMENT RECORDS - 2011 year to present year 2015.**

**7. Above described situation and suffering from severe injuries from staph infection incurred at above named nail salon prevented Plaintiff from responding in a timely manner.**

**8.** Gloria E Ochoa files this <u>Appeal Brief</u> complaining of defendant and how defendant caused great "Personal Injury" to her.

**9.** Gloria E Ochoa requests opportunity for <u>verbal discussion</u> etc, to answer, in person, any questions from the judges to decide this case.

**ISSUES  PRESENTED**

**1. This motion is presented within the time limits prescribed by the Texas rules of Civil procedure for Motion for a new trial.**

**2. The Judgment of the court is <u>contrary to law.</u>**

**3. There was insufficient evidence to support the en<u>gorgement</u> <u>as delivered, as Plaintiff was NOT ALLOWED to present</u> <u>REASONS for not responding in a timely manner.</u>**

**4.  Plaintiffs failure to file an answer before judgment was the result of an accident and or mistake, rather than due to an intentional act or the result of conscious indifference.**

**5. Plaintiff  <u>"is"</u> the <u>"Injured Party"</u> and <u>unrepresented by</u> <u>attorney</u> as previous attorney abruptly canceled agreement to represent her.Plaintiff has been unable to locate other attorney who would take case due to limited time frame to work on this case.**

**6.  Plaintiff/Gloria E Ochoa has been and is CURRENTLY under PHYSICIANS CARE & ONGOING MEDICAL CARE and on MEDICATIONS.**

**See included/attached Dr's bill showing dates of medical care on June 2014.  Same month and year of the Summary Judgement.**

**ISSUES PRESENTED (CONTINUED).**

**SEE INCLUDED/ATTACHED ongoing MEDICAL TREATMENT RECORDS - 2011 year to present year 2015.**

**7. Above described situation and suffering & treatment from severe injuries from staph infection incurred at above named nail salon <u>prevented</u> Plaintiff from responding in a timely manner.**

**8. Gloria E Ochoa files this <u>Appeal Brief</u> complaining of defendant and how defendant caused great "Personal Injury" to her.**

## STATEMENT REGARDING ORAL ARGUMENT.

**The courts orders granting immunity to Defendants are erroneous because they are contrary to Texas Court decisions,**

**Appellants submit that oral argument would help the Court craft**

an opinion that explains simply and clearly why these decisions apply so that future courts will not make the same errors.

Moreover, the fundamental issue in this cqse is whether courts have the power to consider obvious personal injury beauty/nail salon;claims by law abiding Texas citizens , that their constitutional-guaranteed rights have been unlawfully denied.

This issue is an important one worthy of the Courts full attention consideration.

By refusing to weigh, consider, grant relief, to such claims, the courts have made the constitutional rights of injured Texas citizens a hollow premise.

Its decisions will have a far reaching negative consequence if allowed to stand.

**PAGE 14 OF 22**

**APPENDIX.**

NOTICE OF APPEAL ...........................SEE STAMPED DATE 7-14-14

MOTION FOR NEW TRIAL....................SEE STAMPED DATE 7-16-14

DOCKETING STATEMENT....................SEE STAMPED DATE 7-14-14

SEE COPY OF DOCKETING
STATEMENT...................................SEE STAMPED DATE 7-31-14

LETTER FROM COURT OF
APPEALS...........................................................DATED 7-22-14

ORDER FROM COURT OF
APPEALS...........................................................DATED 7-31-14

AFFIDAVIT OF INDIGENCY.................SEE STAMPED DATE 7-29-14

CLERKS RECORD BRIEF DUE 11-17-2014............. DATED 10-17-14

APPENDIX  (CONTINUED).

ORDER FROM COURT OF
APPEALS............................................................DATED 1-29-15

LETTER COURT OF APPEALS BRIEF FILED ...........DATED 2-13-15

LETTER COURT OF APPEALS  & ORDER / NON
COMPLIANCE.......................................................DATED 2-23-15

APPELLANTS REVISED BRIEF............SEE STAMPED DATE 3-18-15

CURRENT ABBREVIATED MED RECORDS/ & DR
STATEMENT/BILL .........SEE DATE 6/2014 .  SUMMARY
JUDGEMENT DATED 6-19-14.

SUMMARY
JUDGEMENT ...................................................................
DATED 6-19-14

CLERKS RECORD FROM APPEALS COURT .........................................2015

## ADDITIONAL RECORDS - INFORMATION

See included copy of my BANK RECORD showing DATE OF VISIT 8-9-11, to The Nail Flower Nail/Beauty Salon and charges.

Manicure preformed by employee, Ben Nguyen.

Gloria Ochoa, plaintiff was instructed by "soak" her nails in manicure dish that had a soap solution to soften cuticles.

A short while later, Gloria Ochoa, plaintiff, suffered severe infection to thumb, that necessitated emergency medical treatment. Thumb was infected, very swollen, blue in color and extremely painful.

## DEFENDANTS BREACH OF DUTY.

Defendant "OWED" plaintiff a "Duty" to "Care", "To Protect" its client by cleaning, disinfecting, sterilizing all its equipment.

Emergency room doctors termed this a severe "Staph" infection due to nail salon not /sterilizing/cleaning their soaking dishes /equipment etc.

Defendant "Breached the duty owed" to Plaintiff in that they FAILED to properly disinfect, sterilize, clean their equipment.

## DEFENDANTS NEGLIGENCE.

As the direct and proximate cause of the defendants "NEGLIGENCE", plaintiff suffered personal injury etc as described below.

Pain and Suffering, Loss of Use for thumb and hand. Inability to continue working/earn a living, disabled status, loss of earning ability, now and future earnings, emotional stress, anxiety, etc.

Significant unpaid med bills due to these injuries.

Cost of Ongoing medical treatment'.

## ARGUMENT.

1. I THE PLAINTIFF, do not want this to happen to any other innocent person walking in to this nail salon for a simple manicure.

Current ONGOING SUFFERING due to Defendants Negligence.

2. Defendant must ACCEPT RESPONSIBILITY FOR THE GREAT INJURY THEY HAVE CAUSED.

They must sterilize all equipment with each client or use disposable equipment.

3. SEEKING REASONABLE COMPENSATION for ONGOING PAIN and SUFFERING /LOSS OF USE FOR THUMB/HAND.

DISFIGUREMENT FOR THUMB. DISABLED STATUS DUE TO "STAPH INFECTION" THAT COULD HAVE NEEN AVOIDED BY DEFENDANT "STERILIZIING" EQUIPMENT. LOSS OF ABILITY TO EARN A LIVING NOW AND FUTURE EARNINGS and PAYMENT OF UNPAID MED BILLS.

## SUMMARY

**GLORIA E OCHOA, plaintiff, moves the court to set aside the Summary Judgement rendered against it on 6-19-14 and grant a new trial.**

## PRAYER FOR RELIEF.

**Therefore, plaintiff, respectfully requests <u>Reversal of summary judgment against plaintiff</u> and <u>grant a New Trial</u>.**

**1. Damages in an amount within the jurisdictional limits of the court.**

**2. Pre-and postjudgement interest on that amount of the legal rates.**

**3. Costs of suit and**

**4. Any other relief to which plaintiff is entitled.**

**Respectfully submitted,**

_____.

**Gloria E. Ochoa an Individual, Plaintiff.**

**542 Williamsburg Place**

**San Antonio, Texas 78201**

**Phone: 210-309-0744.**

**210-736-1408**

**CERTIFICATE OF SERVICE 192.3**

I, the undersigned, Gloria E. Ochoa, certify that a true and correct copy of the foregoing document was served to Defendants attorney by "Certified" mail, return receipt requested.

Gloria E Ochoa

542 Williamsburg Pl.

San Antonio, Texas 78201

Phone: 210-309-0744

Phone: 210-736-1408

CERTIFICATION OF COMPLIANCE WITH BRIEF LENGTH AND TYPE SIZE REQUIREMENTS.

BRIEF LENTH:

I certify that (1) this brief complies with the word-count limitation in ORAP 5.05 (2) the word count of this brief (as described in ORAP 5.5 (2) (a) is 1,747 or less. (1163 words).

I certify that the size of the type in this brief is not smaller that 14 points for both the text of the brief and footnotes as required by ORAP 5.05 (4) (1). 14 font size.

Gloria E. Ochoa,

aixidx SSH - IDXterm

File  Edit  Connect  Help  © GE Healthcare

Patient Action Screen                          Username: MGA56550    1  I6PS.A
Patient: OCHOA,GLORIA          MRN:  09029980      DOB: 01/26/1951 Age: 64
Visit #:

                              Adm Dt:                VTYP:

Action:  ai                   Dis Dt:                REVFSC:


**F7Q-Quit F7P-Page F10-OK <Shift>F4-Major <Shift>F5-Help <Shift>F3-More keys**

|     | PreDt | Adm Dt   | Dis Dt   | Admit #   | PYTP | location              | DD  | FSC | Bill St |
|-----|-------|----------|----------|-----------|------|-----------------------|-----|-----|---------|
| 1)  |       | 12/28/11 | 12/28/11 | 136156391 | OPUH | UH-RAD-XRAY           | HME | 420 | Billed  |
| 2)  | 11/17 | 11/17/11 | 11/17/11 | 135961324 | XNBU | UP-CMA EXPRESSMED CL  | HME | 420 | Final V |
| 3)  | 11/15 | 11/15/11 | 11/15/11 | 135944547 | XNBU | UP-CMA EXPRESSMED CL  | HME | 1   | Final V |
| 4)  |       | 11/15/11 | 11/15/11 | 135945830 | OPPA | UP-CMA EXPRESSMED CL  | HME | 1   | Billed  |
| 5)  | 11/11 | 11/11/11 | 11/11/11 | 135910373 | OPUH | UH-RAD-CT             | HME | 420 | Billed  |
| 6)  | 11/02 | 11/02/11 | 11/02/11 | 135876674 | XNBU | UP-CMA EXPRESSMED CL  | HME | 1   | Final V |
| 7)  | 11/01 | 11/01/11 | 11/01/11 | 135867639 | XNBU | UP-CMA EXPRESSMED CL  | HME | 1   | Final V |
| 8)  |       | 11/01/11 | 11/01/11 | 135875030 | OPPA | UP-CMA EXPRESSMED CL  | HME | 1   | Billed  |
| 9)  | 10/07 | 10/07/11 | 10/07/11 | 135719721 | XNBU | UP-CMA EXPRESSMED CL  | HME | 1   | Final V |
| 10) |       | 10/07/11 | 10/07/11 | 135726106 | OPPA | UP-RAD XRAY           | HME | 1   | Billed  |
| 11) | 09/10 | 09/10/11 | 09/10/11 | 135580197 | XNBU | UP-CMA EXPRESSMED CL  | HME | 1   | Final V |
| 12) | 09/08 | 09/08/11 | 09/08/11 | 135562983 | XNBU | UP-CMA EXPRESSMED CL  | HME | 1   | Final V |
| 13) |       | 09/08/11 | 09/08/11 | 135570804 | OPEC | ERUH-EC ACUTE         | AMA | 1   | Billed  |
| 14) | 08/26 | 08/26/11 | 08/26/11 | 135505452 | XNBU | UP-CMA EXPRESSMED CL  | HME | 1   | Final V |
| 15) | 08/19 | 08/19/11 | 08/19/11 | 135475207 | XNBU | UP-CMA EXPRESSMED CL  | HME | 1   | Final V |

Enter choice or Press <RETURN> to continue:



University Health System
Medical Records Department
4502 Medical Drive
San Antonio, Texas 78229

Patient Action Screen                          Username: MGA56550    1   I6PS.A

Patient: OCHOA,GLORIA          MRN:   09029980         DOB: 01/26/1951 Age: 64

Visit #:

                               Adm Dt:                 VTYP:

Action:  ai                    Dis Dt:                 REVFSC:

**F7Q-Quit F7P-Page F10-OK <Shift>F4-Major <Shift>F5-Help <Shift>F3-More keys**

|     | PreDt | Adm Dt | Dis Dt | Admit # | PYTP | location | DD | FSC | Bill St |
|-----|-------|--------|--------|---------|------|----------|-----|-----|---------|
| 1)  |       | 02/01/15 | 02/02/15 | 142281915 | OPOB | ST-9TH FL ACUTE CARE | HME | 201 | Billed |
| 2)  |       | 10/31/14 | 10/31/14 | 141804720 | OPDR | UH-OUT PT PHARM AT U | HME | 1 | Billed |
| 3)  |       | 10/29/14 | 10/29/14 | 141797423 | OPEC | ERUH-EC ACUTE | HME | 201 | Billed |
| 4)  |       | 09/07/14 | 09/09/14 | 141481445 | OPOB | ST-9TH FL ACUTE CARE | HME | 201 | Billed |
| 5)  | 12/12 | 12/12/13 | 12/12/13 | 140009108 | OPDT | DT-NURSE INTERVIEW/C | HME | 1 | Billed |
| 6)  | 12/11 | 12/11/13 | 12/11/13 | 139961773 | XNBD | DT-HEPATITIS CHART C | HME | 1 | Final V |
| 7)  |       | 12/11/13 | 12/11/13 | 139999830 | OPDT | DT-RAD-XRAY | HME | 200 | Billed |
| 8)  | 12/04 | 12/04/13 | 12/04/13 | 139863918 | OPDT | DT-RHEUMATOLOGY ADUL | HME | 200 | Billed |
| 9)  |       | 11/28/13 | 11/28/13 | 139935561 | OPEC | ERUH-EC ACUTE | HME | 200 | Billed |
| 10) | 11/27 | 11/27/13 | 11/27/13 | 139773179 | XNBD | DT-HEPATITIS CHART C | HME | 1 | Final V |
| 11) | 10/30 | 10/30/13 | 10/30/13 | 139592607 | OPDT | DT-RAD-XRAY | HME | 200 | Billed |
| 12) | 08/26 | 08/26/13 | 08/26/13 | 139384135 | OPUH | CC-RAD-MAMMO | HME | 410 | Billed |
| 13) | 07/31 | 07/18/13 | 07/31/13 | 139143279 | OPTU | UH-OCCUPATIONAL THER | HME | 410 | Billed |
| 14) | 02/20 | 02/20/13 | 02/20/13 | 138336832 | OPUH | UH-REHAB EMG CLINIC | HME | 400 | Billed |
| 15) | 01/30 | 01/30/12 | 01/30/12 | 136351005 | OPUH | CC-RAD-MAMMO | HME | 420 | Billed |

Enter choice or Press <RETURN> to continue:

Patient Action Screen                          Username: MGA56550   1  I6PS.A

Patient: OCHOA,GLORIA          MRN:  09029980      DOB: 01/26/1951 Age: 64

Visit #:

                          Adm Dt:                 VTYP:

Action:  ai              Dis Dt:                 REVFSC:

**F7Q-Quit F7P-Page F10-OK <Shift>F4-Major <Shift>F5-Help <Shift>F3-More keys**

Visit Display for OCHOA,GLORIA MRN: 09029980

| | PreDt | Adm Dt | Dis Dt | Admit # | PYTP | location | DD | FSC | Bill St |
|---|---|---|---|---|---|---|---|---|---|
| 1) | | 08/19/11 | 08/19/11 | 135476586 | OPEC | ERUH-EC ACUTE | HME | 1 | Billed |
| 2) | 03/17 | 03/17/05 | 03/17/05 | 125575970 | XNBU | UH-CMA EXPRESSMED | HME | 600 | Final V |
| 3) | 02/24 | 02/24/04 | 02/24/04 | 124214291 | OPUH | UH-CMA EXPRESSMED | HME | 410 | Billed |
| 4) | 01/22 | 01/22/04 | 01/22/04 | 124097607 | OPUH | UH-CMA EXPRESSMED | HME | 410 | Billed |
| 5) | 01/15 | 01/15/04 | 01/15/04 | 124066698 | OPUH | CC-RAD-MAMMO | HME | 410 | Billed |
| 6) | 03/11 | 03/11/03 | 03/11/03 | 123008539 | OPDT | DT-RAD-MAMMO | HME | 410 | Billed |
| 7) | 02/18 | 02/18/03 | 02/18/03 | 122919430 | XNBD | DT-FP NURSE OB | HME | 410 | Final V |
| 8) | | 02/18/03 | 02/18/03 | 122958991 | OPDT | DT-FP NURSE OB | HME | 410 | Billed |
| 9) | *** | Display | Canceled | *** | | | | | |

Enter choice:



University Health System
Medical Records Department
4502 Medical Drive
San Antonio, Texas 78229

 Cardiology Clinic Of San Antonio

**Cardiology Clinic Of San Antonio PLLC**
PO Box 741248
Atlanta, GA 30374-1248

| STATEMENT DATE | 03/17/15 |
| --- | --- |
| ACCOUNT NUMBER | **123786** |
| PAYMENT DUE DATE | 04/06/15 |
| PAY AMOUNT DUE | $301.45 |



0000000741

Questions About Your Account Call 210-614-1440.

Ochoa, Gloria
542 WILLIAMSBURG PL
SAN ANTONIO, TX 78201-2652

## STATEMENT - Cardiology Clinic Of San Antonio PLLC

| Date | Provider | Description | Charge | Adjusted Amount | Insurance Paid | Insurance Pending | Patient Paid | Patient Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/21/13 | Donovan MD | Intital Hospital Care/Consult | 492.00 | 303.93 | 149.84 | | | 38.23 |
| 11/22/13 | Donovan MD | HOSPITAL DISCHARGE DAY | 256.00 | 256.00 | | | | |
| 11/22/13 | Donovan MD | Echocardiogram 2-D Doppler Color Interp | 171.00 | 111.74 | 47.22 | | | 12.04 |
| 11/22/13 | Donovan MD | LEFT HEART CATH, CORS, LV.W/WO | 819.00 | 670.94 | 117.97 | | | 30.09 |
| 11/22/13 | Donovan MD | AMI PTCA/Stent/Athrect | 1686.00 | 1050.89 | 506.02 | | | 129.09 |
| 12/12/13 | Donovan MD | OFFICE/OUTPATIENT VISIT, EST | 174.00 | 106.05 | 54.14 | | | 13.81 |
| 12/12/13 | Donovan MD | ELECTROCARDIOGRAM, COMPLETE | 50.00 | 33.09 | 13.47 | | | 3.44 |
| 06/12/14 | Donovan MD | OFFICE/OUTPATIENT VISIT, EST | 258.00 | 173.11 | 44.89 | | | 40.00 |
| 06/12/14 | Donovan MD | ELECTROCARDIOGRAM, COMPLETE | 50.00 | 29.09 | 20.91 | | | |
| 08/25/14 | Donovan MD | OFFICE/OUTPATIENT VISIT, EST | 105.00 | 70.25 | | | | 34.75 |

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Total Balance | Total Amount Due |
| --- | --- | --- | --- | --- | --- |
| $0.00 | $0.00 | $0.00 | $301.45 | $301.45 | $301.45 |

PLEASE DETACH AT THE PERFORATION AND MAIL THIS PORTION WITH YOUR PAYMENT

☐ Please check box if above address is incorrect or if insurance information has changed and indicate change(s) on reverse.

| ☐ MASTERCARD | ☐ AMEX | *VISA* ☐ VISA |
| --- | --- | --- |

| CARD NUMBER | 3 DIGIT CODE | AMOUNT PAID |
| --- | --- | --- |
| | | |

| SIGNATURE | EXP. DATE |
| --- | --- |
| | |

| NAME | STATEMENT ID |
| --- | --- |
| Ochoa, Gloria | 38194505 |

| AMOUNT DUE | ACCOUNT NUMBER | PAYMENT DUE DATE |
| --- | --- | --- |
| $301.45 | 123786 | 04/06/15 |

Balance is OVERDUE - Contact us to Avoid Further Collection Action.

Cardiology Clinic Of San Antonio PLLC
PO Box 741248
Atlanta, GA 30374-1248



# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

February 13, 2015

Gloria E. Ochoa
542 Williamsburg Place
San Antonio, TX 78201

Elizabeth Lennane
Bank of America Plaza
300 Convent St Ste 2350
San Antonio, TX 78205-3703
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00509-CV
       Trial Court Case Number:    2013-CI-12691
       Style:  Gloria Ochoa
              v.
       Nail Flower Beauty Salon

The Appellants' Brief for the above styled and numbered cause has this date been received and filed. The filing of the appellee's brief is pending.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 53219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)



# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

February 23, 2015

Gloria E. Ochoa
542 Williamsburg Place
San Antonio, TX 78201

Elizabeth Lennane
Bank of America Plaza
300 Convent St Ste 2350
San Antonio, TX 78205-3703
\* DELIVERED VIA E-MAIL \*

RE:  Court of Appeals Number:  04-14-00509-CV
     Trial Court Case Number:  2013-CI-12691
     Style:  Gloria Ochoa
       v.
     Nail Flower Beauty Salon

     Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

     If you should have any questions, please do not hesitate to contact me.

          Very truly yours,
          KEITH E. HOTTLE, CLERK

          Luz Estrada
          Deputy Clerk, Ext. 53219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2015

No. 04-14-00509-CV

Gloria **OCHOA**,
Appellant

v.

**NAIL FLOWER BEAUTY SALON,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12691
Honorable Antonia Arteaga, Judge Presiding

## ORDER

Appellant filed her brief on February 13, 2015. The brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief violates Texas Rule of Appellate Procedure 38.1 in that it does not contain:

(1) a table of contents;
(2) an index of authorities;
(3) a proper statement of the case;
(4) a brief statement of the issues presented, setting out what errors were allegedly committed by the trial court;
(5) include a statement of facts **with record references;**
(6) a proper summary of the argument;
(7) proper legal argument with appropriate citation to authorities and the appellate record; or
(9) an appendix.

*See id.* R. 38.1(b) (requiring table of contents), 38.1(c) (requiring index of authorities), 38.1(d) (requiring statement of case); 38.1(f) (requiring statement of issues presented), 38.1(g) (requiring statement of facts with record reference), 38.1(h) (requiring summary of argument, 38.1(i) (requiring argument with appropriate citation to authority and record), and 38.1(k) (requiring appendix with copy of judgment or other appealable order, any jury charge and verdict form, any findings of fact and conclusions of law, and text of applicable rules, regulations, ordinances,

# TABLE OF CONTENTS

**Page**

SUMMARY OF THE ARGUMENT ................................................................................. 6

STANDARD OF REVIEW ........................................................................................... 8

ARGUMENT ............................................................................................................ 9

I.  The District Court Erred In Dismissing The Porrettos' Constitutional
    Takings Claim ............................................................................................... 9

    A. The Constitution waives governmental immunity from takings claims .......... 10

    B. The Porrettos have standing to bring a takings claim ................................. 11

II.  The District Court Erred In Dismissing The Porrettos' Trespass To Try
     Title Claim Against Patterson and Muller ..................................................... 14

    A. Officials who incorrectly claim title to or possession of private
        property on the government's behalf are not immune from suit ..................... 15

    B. *Lain* includes disputes over title as well as possession ........................... 17

III.  The District Court Erred In Dismissing The Porrettos' Claim That The GLO
      And Patterson Breached The Settlement Agreement ..................................... 19

IV.  The District Court Erred In Dismissing The Porrettos' Claims Against The
     Park Board And Muller Because The Legislature Waived Their Immunity .......... 21

CONCLUSION AND PRAYER ...................................................................................... 22

CERTIFICATE OF SERVICE ...................................................................................... 24

APPENDIX

    First Amended Petition (CR 216-28) .................................................... Tab A

    Survey of Property (CR 152) ............................................................... Tab B

    Rule 11 Agreement / Settlement in Principle (CR 279-85) .................... Tab C

    Orders Granting Pleas to the Jurisdiction (CR 214-15, 286) ................. Tab D



# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

October 17, 2014

Gloria E. Ochoa
542 Williamsburg Place
San Antonio, TX 78201

Elizabeth Lennane
Bank of America Plaza
300 Convent St Ste 2350
San Antonio, TX 78205-3703
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  04-14-00509-CV
Trial Court Case Number:  2013-CI-12691
Style:  Gloria E. Ochoa
v.
Nail Flower Beauty Salon

The Clerk's Record in the above styled and numbered cause has this date been filed. The appellant's brief is due on November 17, 2014.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)
Donna Kay McKinney (DELIVERED VIA E-MAIL)

**NOTICE OF APPEAL**

**CAUSE #2013-CI-12691**

224TH JUDICIAL DISTRICT COURT

IN BEXAR COUNTY, TEXAS

GLORIA E. OCHOA

542 WILLIAMSBURG PLACE

SAN ANTONIO, TEXAS 78201

Phone: 210-309-0744

Phone: 210-736-1408

Appellant in Propria Persona

JUDGEMENT DECREE TO BE APPEALED WAS ENTERED AS:

GLORIA E.OCHOA

PLAINTIFF

VS.

NAIL FLOWER BEAUTY SALON

DEFENDANT

NOTICE IS GIVEN THAT, GLORIA E.OCHOA, HEREBY, APPEALS FROM **SUMMARY JUDGEMENT**

ENTERED ON **JUNE 19TH, 2014**, BY THE HONORABLE JUDGE, ANTONIA ARTEAGA, IN THE ABOVE

CAPTIONED ACTION.

DATED 7-14-14

GLORIA E OCHOA

542 WILLIAMSBURG PLACE

SAN ANTONIO, TEXAS 78201

Phone; 210-309-0744
Phone: 210-736-1408

## CERTIFICATE OF SERVICE

I, certify, that I have caused a copy of this document to be delivered to all parties
entitled to service as listed below by US Mail, Certified, Return receipt requested.

*Gloria E. Ochoa*

Attorney for Defendant

Campbell, Miller & Associates

300 Convent, Suite 2350

San Antonio, Texas 78205-3532

# MOTION FOR NEW TRIAL

Gloria E. Ochoa
542 Williamsburg Pl.
San Antonio, Texas 78201
Phone: 210-309-0744

Cause Number 2013-CI-12691
In the 224TH JUDICIAL COURT

In
Bexar County, Texas

**GLORIA E. OCHOA**
**PLAINTIFF**

**VS.**

**NAIL FLOWER BEAUTY SALON**
**DEFENDANT**

Gloria E. Ochoa , plaintiff, moves this court to set aside the judgment rendered against it on 6-19-14-by Summary Judgment and grant a new trial in this cause.

1. This motion is presented within the time limits prescribed by the Texas Rules of Civil Procedure for a Motion for New Trial.

2. The judgement of the court is contrary to law.

3. There was insufficient evidence to support the judgement as delivered, as Movant was not allowed to present reasons for not responding in a timely manner.

4.1. Movants failure to file an answer before judgment was the result of an accident and or mistake, rather than due to an intentional act of the result of conscious indifference.

4.2. The accident or mistake that prevented Movant from filing an answer is that the MOVANT is not represented by attorney as previous attorney abruptly canceled agreement to represent her. ~~Moldovan~~ Movant could not locate attorney who would take case due to limited time frame to research. Also, that the Movant IS the INJURED PARTY in this Personal Injury Lawsuit and suffering from effects of severe 'staph' infection received at the Defendants Nail Salon.
Movant has been and is under physicians care and on medications for extreme pain diminished use of hands, fingers, loss of balance, other injuries, since date of injury in 2011. Movant is disabled and no longer able to work and needed to obtain Social Security Disability. Severe injuries/situation has caused Movant from responding in a timely manner.

5. Movant has meritorious defense as to the full amount to the judgement. Injuries as noted above from severe staph infection.
See attached affidavit.

6.1. The granting of a new trial will not prejudice the other parties to this cause.

6.2 Movant is ready, able and willing to go to trial immediately and not delay, No harm or prejudice will occur to the other parties as a result of ~~Mordants~~ Movants action.

Movant, Gloria E. Ochoa, prays that after notice and hearing that the judgement rendered in this cause be set aside and that Movant be granted a new trial.

July 16, 2014.

Respectfully submitted,

*Gloria Ochoa*

Gloria E. Ochoa
542 Williamsburg Place
San Antonio, Texas 78201
Phone: 210-309-0744
Phone: 210-736-1408

CAUSE NO 2013-CI-12691
IN THE 224TH DISTRICT COUNT
STATE OF TEXAS
IN COUNTY OF BEXAR


GLORIA E OCHOA
PLAINTIFF

VS

NAIL FLOWER BEAUTY SALON
DEFENDANT

AFFIDAVIT IN SUPPORT OF MOTION FOR NEW TRIAL

Before me, a notary public in and for Bexar County, Texas, on this day personally appeared, Gloria E Ochoa, to me well known to be a credible person of lawful age and qualified in all respects to make this Affidavit, who being first sworn on oath, says that she is the plaintiff, in the foregoing Motion for New Trial and that she has read the foregoing Motion and that this Motion for New Trial is in every statement and allegation thereof, true and correct to affiants own personal knowledge.


Gloria E. Ochoa

*Gloria E. Ochoa*

SWORN TO AND SUBSCRIBED BEFORE ME ON ___7-16-14___,

BY _____

State of Texas
County of Bexar

FRANCESCA G GONZALEZ
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 02/09/16

**Certificate of Service**

I certify that I have caused a copy of this document to be delivered to all parties, attorney for Defendant, entitled to service as listed below by Certified Mail, Return Receipt requested.

Campbell, Miller, & Associates
Bank of America Plaza
300 Convent Street
San Antonio, Texas 78205-3532

Respectfully submitted,

*Gloria Ochoa*

Gloria E. Ochoa
542 Williamsburg Pl
San Antonio, Texas 78201.
210 309-0744.

**AFFIDAVIT IN SUPPORT OF MOTION FOR NEW TRIAL**

Docketing Statement

Gloria E. Ochoa
542 Williamsburg Place
San Antonio, Texas
Phone: 210-309-0744

Cause 2013-CI-12691

Gloria E. Ochoa

vs

Nail Flower Beauty Salon

In the 224th Judicial Court
of Bexar County, Texas

Appeal filed 7-14-14

Summary Judgment signed by the Honorable Judge, Antonia Arteaga on 6-19-14.

This did not go to trial. No court reporter.

Request for findings of fact filed on 7-9-14.

Plaintiff is not represented by attorney.

Defendants attorney, Campbell, Miller, & Associates
Elizabeth Lennane
300 Convent, Suite 2350
San Antonio, Texas 78205-3532
Phone: 210-229-9879
Fax 210-229-9878

Personal Injury Lawsuit

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2014 JUL 14 PM 4:44
BY_____
DEPUTY

Certificate of Service

I certify that I have caused a copy of this document to be delivered to all parties, attorney for Defendant, entitled to service as listed below by Certified Mail, Return Receipt requested.

Campbell, Miller, & Associates Law Offices
Bank of America Plaza
300 Convent Street
San Antonio, Texas 78205-3532

Respectfully submitted,

Gloria E. Ochoa
542 Williamsburg Pl
San Antonio, Texas 78201.
210 309-0744.



# COURT OF APPEALS

**FOURTH COURT OF APPEALS DISTRICT**
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

*3rd Floor*

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 22, 2014

Gloria E. Ochoa
542 Williamsburg Place
San Antonio, TX 78201

Elizabeth Lennane
Bank of America Plaza
300 Convent St Ste 2350
San Antonio, TX 78205-3703
\* DELIVERED VIA E-MAIL \*

RE: Court of Appeals Number: 04-14-00509-CV
Trial Court Case Number: 2013-CI-12691
Style: Gloria E. Ochoa
v.
Nail Flower Beauty Salon

The copy of appellant's notice of appeal in the above styled and numbered cause has this date been filed or conditionally filed.

The fee for filing appeals in this court from the district or county is $195.00. The fee must be paid at the time the notice of appeal is filed. In addition, this court charges an additional fee of $10.00 for the filing of any motion. Any delay in remitting a filing fee will delay the processing of your appeal and the court's ruling on pending motions. *See* TEX. R. APP. P. 5.

Our records do not reflect payment of the $195.00 fee. Please remit the filing fee no later than August 1, 2014. If the fee is not paid within the time allotted, the matter will be referred to the court, and the appeal is subject to being stricken by the court. *See* TEX. R. APP. P. 5.

In accordance with TEX. R. APP. P. 32 and 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2., a docketing statement must be filed with the notice of appeal. Our records do not contain a docketing statement for this appeal. Please ensure that a docketing statement is immediately filed to ensure prompt processing of the appeal. The Appellant's docketing statement is due from attorney, Gloria E. Ochoa. The docketing statement is to be filed with this court by August 1, 2014.

The appellate record generally must be filed within 120 days after the date of judgment is signed if any party timely files: (1) a motion for new trial; (2) a motion to modify the judgment; (3) a motion to reinstate under TEXAS RULES OF CIVIL PROCEDURE 165a; or (4) a request for findings of fact and conclusions of law if required or if not required could properly be considered by the appellate court. *See* TEX. R. APP. P. 35.1.

Very truly yours,
KEITH E. HOTTLE, CLERK

*Luz Estrada*

Luz Estrada
Deputy Clerk, Ext. 3219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)
Donna Kay McKinney (DELIVERED VIA E-MAIL)
Honorable Antonia Arteaga (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2014

No. 04-14-00509-CV

Gloria E. OCHOA,
Appellant

v.

NAIL FLOWER BEAUTY SALON,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12691
Honorable Antonia Arteaga, Judge Presiding

# ORDER

On July 22, 2014, appellant timely filed a notice of appeal from the trial court's June 19, 2014 judgment. On July 29, 2014, appellant filed an affidavit of indigency in this court. It appears appellant did not file her affidavit in the trial court.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). Appellant's affidavit was therefore due in the trial court on July 22, 2014, the date her notice of appeal was filed, or a motion for extension of time to file the affidavit was due in this court fifteen days later, on August 6, 2014. *See* TEX. R. APP. P. 20.1(c)(1), (3).

We construe the affidavit filed in this court as a motion for extension of time to file the affidavit in the trial court. Accordingly, we **GRANT** the motion to extend time to file an affidavit of indigency to pay costs.

We **ORDER** the clerk of this court to send copies of the affidavit and this order to the district clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2).

We further **ORDER** the deadline for filing a contest to the affidavit of indigence is **August 11, 2014. Any contest must be filed in this court.** *See* TEX. R. APP. P. 20.1(e)(1).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2014.

Keith E. Hottle
Clerk of Court

Gloria E. Ochoa
542 Williamsburg Pl.
San Antonio, Texas 78201
Phone: 210-309-0744

Cause Number 2013-CI-12691

In the 224TH JUDICIAL COURT
of Bexar County, Texas.


GLORIA E. OCHOA
PLAINTIFF
VS.
NAIL FLOWER BEAUTY SALON
DEFENDANT.

REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

GLORIA E. OCHOA, MAKES THIS MOTION TO THE TRIAL COURT FOR FINDINGS OF FACT AND LAW IN THE ABOVE REFERRED AND NUMBERED CAUSE.

In support of this motion, Gloria E. Ochoa, shows as follows:

The above captioned cause did not come to trial before the court, due to a summary judgement. After considering the pleadings, the argument and briefs from counsel, the court rendered its decision to grant a Judgement in favor of the defendant.

Gloria E Ochoa, requests for findings of fact and conclusions of law the following:

FINDINGS OF FACT.
Plaintiff is not represented by attorney and IS the injured party and due to ongoing pain, suffering from staph infection received at Nail Flower Beauty Salon was not able to respond in a timely manner.
See Original Petition - Paragraphs, 6, 7, 8, 9, 10, 11, 12.

| Appellate Docket Number: | 2013-CI-12691 |
| Appellate Case Style: | Gloria E Ochoa |
| Vs. | Nail Flower Beauty Salon |
| Companion Case No.: | |

FILE MARKED
NOT A FILED COPY

Amended/corrected statement:

# DOCKETING STATEMENT (Civil)

Appellate Court: 04-14-00509-CV

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

## I. Appellant

☒ Person  ☐ Organization (choose one)

First Name: Gloria Ochoa

Middle Name: Eva

Last Name: Ochoa

Suffix:

Pro Se: ☒

## II. Appellant Attorney(s)

☐ Lead Attorney

First Name:

Middle Name:

Last Name:

Suffix:

Law Firm Name:

Address 1:

Address 2:

City:

State: Texas          Zip+4:

Telephone:          ext.

Fax:

Email:

SBN:

## III. Appellee

☐ Person  ☒ Organization (choose one)

Nail Flower Beauty Salon

First Name: C/o Campbell, Miller

Middle Name: Assoc

Last Name:

Suffix:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name:

Middle Name:

Last Name:

Suffix:

Law Firm Name: Campbell, Miller Assoc

Address 1:

Address 2: 200 Convent # 300

City: San Antonio, Tx

State: Texas    Tx    Zip+4: 78205

Telephone: 210 229-9871 ext. 315 32

Fax:

Email:

SBN:

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2014 JUL 31 A D 03
BY:
DEPUTY

Nature of Case (Subject matter or type of case): _Persional Injury_

Date order or judgment signed: _6-19-14_    Type of judgment: _____

Date notice of appeal filed in trial court: _7-14-14_

If mailed to the trial court clerk, also give the date mailed: _____

Interlocutory appeal of appealable order: ☐ Yes ☐ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28): ☐ Yes ☐ No

If yes, please specify statutory or other basis on which appeal is accelerated:

Parental Termination or Child Protection? (See TRAP 28.4): ☐ Yes ☒ No

Permissive? (See TRAP 28.3): ☐ Yes ☐ No

If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2): ☐ Yes ☐ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule: ☐ Yes ☐ No

If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000? ☒ Yes ☐ No

Judgment or order disposes of all parties and issues: ☐ Yes ☐ No

Appeal from final judgment: ☒ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance? ☐ Yes ☐ No

| | | | |
|---|---|---|---|
| Motion for New Trial: | ☒ Yes ☐ No | If yes, date filed: | _7-16-14_ |
| Motion to Modify Judgment: | ☐ Yes ☐ No | If yes, date filed: | |
| Request for Findings of Fact and Conclusions of Law: | ☒ Yes ☐ No | If yes, date filed: | _7-9-14_ |
| Motion to Reinstate: | ☐ Yes ☐ No | If yes, date filed: | |
| Motion under TRCP 306a: | ☐ Yes ☐ No | If yes, date filed: | |
| Other: | ☐ Yes ☐ No | | |

If other, please specify:

| | | | |
|---|---|---|---|
| Affidavit filed in trial court: | ☒ Yes ☐ No | If yes, date filed: | _7-9-14_ |
| Contest filed in trial court: | ☐ Yes ☒ No | If yes, date filed: | |

Date ruling on contest due: _____

Ruling on contest: ☐ Sustained  ☐ Overruled    Date of ruling: _____

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?  ☐ Yes ☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: ▓▓▓▓▓▓▓▓▓▓  Bankruptcy Case Number: ▓▓▓▓▓▓▓▓▓▓

## IX. Trial Court And Record

Court: _District_

County: _Bexar_

Trial Court Docket Number (Cause No.): _2013-CL-12691_

Trial Judge (who tried or disposed of case):

First Name: _Antonia_

Middle Name: ▓▓▓▓▓▓▓▓

Last Name: _Arteaga_

Suffix: ▓▓▓▓▓

Address 1: ▓▓▓▓▓▓▓▓

Address 2: ▓▓▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓▓

State: _Texas_  Zip + 4: ▓▓▓▓▓▓▓

Telephone: ▓▓▓▓▓▓ ext. ▓▓▓▓

Fax: ▓▓▓▓▓▓▓

Email: ▓▓▓▓▓▓▓

Clerk's Record:

Trial Court Clerk: ☒ District ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: ▓▓▓▓▓▓▓▓

If no, date it will be requested: ▓▓▓▓▓▓▓▓

Were payment arrangements made with clerk?

☐ Yes ☒ No ☐ Indigent

(Note: No request required under TRAP 34.5(a),(b))

Summary Judgement on 6-19-14. This did NOT go to TriAL.

Reporter's or Recorder's Record:

Is there a reporter's record? ☐ Yes ☒ No

Was reporter's record requested? ☐ Yes ☐ No

Was there a reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: ▓▓▓▓▓▓▓▓

If no, date it will be requested: ▓▓▓▓▓▓▓▓

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☐ Indigent

☐ Court Reporter     ☐ Court Recorder

☐ Official           ☐ Substitute

First Name: ▓▓▓▓▓▓▓▓▓▓▓▓

Middle Name: ▓▓▓▓▓▓▓▓▓▓▓▓

Last Name: ▓▓▓▓▓▓▓▓▓▓▓▓

Suffix: ▓▓▓▓

Address 1: ▓▓▓▓▓▓▓▓▓▓▓▓

Address 2: ▓▓▓▓▓▓▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓▓▓▓▓▓

State: ▓Texas▓     Zip + 4: ▓▓▓▓▓▓

Telephone: ▓▓▓▓▓▓ ext. ▓▓▓▓

Fax: ▓▓▓▓▓▓

Email: ▓▓▓▓▓▓▓▓

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes ☑ No    If yes, date filed: ▓▓▓▓▓▓

Will file: ☐ Yes ☐ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?   ☐ Yes ☐ No

If yes, briefly state the basis for your request: ▓▓▓▓▓▓▓▓▓▓▓▓

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?   ☑ Yes ☐ No

If no, please specify: ▓▓▓▓▓▓▓▓▓▓▓▓

Has the case been through an ADR procedure?   ☐ Yes ☐ No

If yes, who was the mediator? ▓▓▓▓▓▓▓▓▓▓▓▓

What type of ADR procedure? ▓▓▓▓▓▓▓▓▓▓▓▓

At what stage did the case go through ADR?   ☐ Pre-Trial ☐ Post-Trial ☐ Other

If other, please specify: ▓▓▓▓▓▓▓▓▓▓▓▓

Type of case? ▓▓▓▓▓▓▓▓▓▓▓▓

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

▓▓▓▓▓▓▓▓▓▓▓▓

How was the case disposed of? *Summary ~~Judgent~~ Judgement,* ▓▓▓▓▓▓▓▓▓▓▓▓

Summary of relief granted, including amount of money judgment, and if any, damages awarded. ▓▓▓▓▓▓

If money judgment, what was the amount? Actual damages: ▓▓▓▓▓▓

Punitive (or similar) damages: ▓▓▓▓▓▓

Page 4 of 7

Attorney's fees (trial): ████████████

Attorney's fees (appellate): ████████████

Other: ██████████████████████████████████████████████████

If other, please specify: ███████████████████████████████████████████████████████

Will you challenge this Court's jurisdiction? ☐ Yes ☐ No

Does judgment have language that one or more parties "take nothing"? ☐ Yes ☑ No

Does judgment have a Mother Hubbard clause? ☐ Yes ☑ No

Other basis for finality? ████████████████████████████████████████████████

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1 ☑ 2 ☐ 3 ☐ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case. ☐ Yes ☐ No

Can the parties agree on an appellate mediator? ☐ Yes ☐ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|---|---|---|---|---|
| ████████ | ████████ | ████████ | ████████ | ████████ |

Languages other than English in which the mediator should be proficient: █████████████████████

Name of person filing out mediation section of docketing statement: ████████████████████

_ONLy This one_

**XIII. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style. _# ONE_

Docket Number: ████████████████   Trial Court: ███████████████████

Style: ████████████████████████████████████████████

Vs. ████████████████████████████████████████████

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?     ☑ Yes ☐ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?    ☑ Yes ☐ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?    ☐ Yes ☑ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☑ Yes ☐ No
If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

XV. Signature

_Gloria Ochoa_
Signature of counsel (or pro se party)

Date: ▉▉▉▉▉▉

Printed Name: _Gloria E. Ochoa_                    State Bar No.: ▉▉▉▉▉▉

Electronic Signature: ▉▉▉▉▉▉
    (Optional)

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on ▓▓▓▓▓▓▓ .

*Dlena Ochoa*

Signature of counsel (or pro se party)

Electronic Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
(Optional)

State Bar No.: ▓▓▓▓▓▓▓▓▓▓

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

| | |
|---|---|
| Date Served: | ▓▓▓▓▓▓▓ 7-30-19 |
| Manner Served: | ▓▓▓▓▓▓ Certified mail / Return receipt |
| First Name: | ▓▓▓▓▓▓▓▓▓ |
| Middle Name: | ▓▓▓▓▓▓▓▓▓ |
| Last Name: | ▓▓▓▓▓▓▓▓▓ |
| Suffix: | ▓▓▓ |
| Law Firm Name: | ▓▓▓▓ Campbell Miller & Assoc. |
| Address 1: | ▓▓▓▓▓ 300 Convent # 350 |
| Address 2: | ▓▓▓▓▓▓ |
| City: | ▓▓▓▓▓ San Antonio Tx 78205 |
| State | ▓▓▓ Texas Tx  Zip+4: ▓▓▓▓ 78205 3532 |
| Telephone: | (210) 229-9878  ext. ▓▓▓ |
| Fax: | ▓▓▓▓▓▓▓ |
| Email: | ▓▓▓▓▓▓▓▓▓ |
| If Attorney, Representing Party's Name: | ▓▓▓▓▓▓▓ |

## Certificate of Service

I certify that I have caused a copy of this document to be delivered to all parties, attorney for Defendant, entitled to service as listed below by Certified Mail, Return Receipt requested.

Campbell, Miller, & Associates
Bank of America Plaza
300 Convent Street
San Antonio, Texas 78205-3532

Respectfully submitted,

_Gloria Ochoa_

Gloria E. Ochoa
542 Williamsburg Pl
San Antonio, Texas 78201.
210 309-0744.

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

Cause Number: 2013 -CI- 12691

*(The Clerk's office will fill in the Cause Number when you file this form.)*

FILE MARKED NOT A FILED COPY

Petitioner/ Plaintiff  Gloria Ochoa

In the *(check one)*:
- ☑ District Court
- ☐ County Court at Law
- ☐ Justice of the Peace

*(Court Number)*

Respondent/ Defendant  Nail Flower Beauty Salon Bexar

*(County)*

County, Texas

FILED 2014 JUL 29 PM 4:35 IN THE COURT OF APPEAL AT SAN ANTONIO, TX

## Affidavit of Indigency
*(Request to Not Pay Court Fees)*

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees. The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you *swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

**You can be prosecuted if you lie on this form.**

The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is Gloria E. Ochoa   My phone number is (210) 309-0744

"My mailing address is 542 Williamsburg Pl.

"My email address is gloriaochoa13@yahoo.com.

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form.
*Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

② "I receive these **public benefits**/government entitlements that are based on indigency:
- ☐ SSI  ☐ WIC  ☑ Food Stamps/SNAP  ☐ TANF  ☑ Medicaid  ☐ CHIP  ☑ AABD
- ☐ Needs-based VA Pension  ☐ County Assistance, County Health Care, or General Assistance (GA)
- ☐ LIS in Medicare ("Extra Help")  ☐ Community Care via DADS  ☑ Low-Income Energy Assistance
- ☐ Emergency Assistance  ☐ Child Care Assistance under Child Care and Development Block Grant
- ☐ Public Housing  ☐ Other: *(Describe)*  Soc. Security Disability

*If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits."*

FILED 2014 AUG -5 AM 10:34 DONNA KAY McKINNEY DISTRICT CLERK BEXAR COUNTY

③ "My **income sources** are stated below. *(Check all that apply)*
- ☐ Unemployed since: *(date)* _____
- ☐ Wages: I work as a _____ for _____
  *Your job title*          *Your employer*  -or-
- ☐ Child/spousal support  ☐ My spouse's income or income from another member of my household *(if available)*
- ☐ Tips, bonuses  ☐ Military Housing  ☐ Worker's Comp  ☑ Disability  ☐ Unemployment  ☐ Social Security
- ☐ Retirement/Pension  ☐ Dividends, interest, royalties  ☐ 2nd job or other income: _____
  *(describe)*

④ "My **income amounts** are stated below.

(a) My monthly net income *after taxes* are taken out is:   Total income <u>after taxes</u> → $ 1458-Disab

(b) The amount I receive each month in public benefits is:   Total amount received → + $ —

(c) The amount of income from other people in my household is:*   Total amount received → + $ —

(d) The amount I receive each month from other sources is:   Total amount received → + $ —

(e) My TOTAL monthly income is   Add all sources of income above → = $ 1458.

*List this income only if other members contribute to your household income.*

© TexasLawHelp.org - Affidavit of Indigency, February 2014

⑤ About my **dependents**: "The people who depend on me financially are listed below:

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | Cody Ochoa Kuhn | 13 | grandson |
| 2 | Cameron Ochoa Kuhn | 11 | grandson |
| 3 | Connor Ochoa | 6 | grandson |
| 4 | Crayden Ochoa Ritualo | 4 | grandson |
| 5 | | | |
| 6 | | | |

ON 7-29-14

⑥ "My **property** includes:          Value*

| Cash | $ 15.00 |
|---|---|
| Bank accounts, other financial assets (List) | |
| | $ 25.00 |
| | $ |
| | $ |

Vehicles (cars, boats) (List make and year)
2003 Dodge Caravan   $ 3,000

| | $ |
|---|---|
| | $ |

Real estate (house or land) (Do not list the house you live in.)

| | $ — 0 — |
|---|---|
| | $ |

Other property (like jewelry, stocks, etc.) (Describe)

| | $ — 0 — |
|---|---|
| | $ |

⑦ "My monthly **expenses** are:          Amount

| Rent/house payments/maintenance | $ 700.00 |
|---|---|
| Food and household supplies | $ 500.00 |
| Utilities and telephone | $ 150.00 |
| Clothing and laundry | $ — |
| Medical and dental expenses | $ — |
| Insurance (life, health, auto, etc) | $ — |
| School and child care | $ — |
| Vehicle payments | $ — |
| Gas, bus fare, auto repair | $ 100.00 |
| Child / spousal support | $ — |
| Wages withheld by court order | $ — |
| Debt payments | $ — |
| Other expenses (Describe) | $ — |
| | $ |
| | $ |
| | $ |

Total value of property → = $ [ ]          Total monthly Expenses → = $ ~~1550~~
*The value is the amount the item would sell for less the amount you still owe on it (if anything).          1450,

⑧ "My **debts** include: List debt and amount owed.          Mortgage - #60,000,

To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." Check here if you attach another page. ☐

⑨ "I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."

⑩ Your **Signature**.   You must either: 1) sign this form in front of a notary public or
2) sign this form and sign and attach a completed "Unsworn Declaration" form.

▶ Gloria E. Ochoa
  Your Signature                                             7-29-14
                                                              Date

State of Texas
County of Bexar
Print the name of county where this Affidavit is notarized.

Notary fills out this section if you are signing in front of a notary

K. GARCIA
Notary Public, State of Texas
My Commission Expires
June 16, 2017

Sworn to and subscribed before me today, JUL 2 9 2014 , by Gloria E. Ochoa
                                          Date
▶ [Notary signature]
  Notary's Signature

Print name of person who is signing this Affidavit.
NOT the notary's name.

© TexasLawHelp.org - Affidavit of Indigency, February 2014



# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 10, 2015

Gloria E. Ochoa
542 Williamsburg Place
San Antonio, TX 78201

Elizabeth Lennane
Bank of America Plaza
300 Convent St Ste 2350
San Antonio, TX 78205-3703
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-14-00509-CV
        Trial Court Case Number:     2013-CI-12691
        Style:  Gloria Ochoa
                v.
                Nail Flower Beauty Salon

The Appellant's Motion for Extension of Time to File Amended Brief has this date been received and filed in the above styled and numbered cause.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 53219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)



# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 23, 2015

Gloria E. Ochoa
542 Williamsburg Place
San Antonio, TX 78201

RE: Court of Appeals Number: 04-14-00509-CV
Trial Court Case Number: 2013-CI-12691
Style: Gloria Ochoa
v.
Nail Flower Beauty Salon

According to our records, you are the appellant on this appeal. According to our records, you are the appellant on this appeal. This Court previously struck appellant's original brief and rendered an order pointing out the deficiencies and requiring appellant to file an amended brief. The amended brief does not correct all of the deficiencies previously noted by this Court. Specifically, the brief fails to include a statement of facts *with record references* and the argument in the brief is not a proper appellate argument given the judgment and it is not supported by *record references or proper legal authorities*. See TEX. R. APP. P. 38.1(g), (i). When we refer to the record, we refer to the clerk's record. Additionally, the "issues" presented by appellant are not proper issues — issues are errors allegedly committed by the trial court entitling a party to reversal. See id. R. 38.1(f). Finally, the brief does not comply with Rule 38.1(k) of the Texas Rules of Appellate Procedure. See id. R. 38.1(k). The rule requires an appendix to include the trial court' judgment or other appealable order from which relief is sought. Id.

However, the Court is not ordering appellant to rebrief. Nevertheless, appellant should be advised that this court may consider her appellate complaints waived due to inadequate briefing if the noted deficiencies are not corrected prior to submission. See, e.g., Lott v. First Bank, No. 04-13-00531-CV, 2014 WL 4922896, at *2 (Tex. App.—San Antonio Oct. 1, 2014, no pet.); Castillo v. Peoples, No. 04-13-00311-CV, 2014 WL 1089750, at *3 (Tex. App.—San Antonio Mar. 19, 2014, pet. denied).

As we have noted in a previous order, we recognize appellant is acting pro se on appeal. However, pro se litigants are held to the same standards as licensed attorneys and must comply



# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 18, 2015

Gloria E. Ochoa
542 Williamsburg Place
San Antonio, TX 78201

Elizabeth Lennane
Bank of America Plaza
300 Convent St Ste 2350
San Antonio, TX 78205-3703
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00509-CV
       Trial Court Case Number:    2013-CI-12691
       Style:  Gloria Ochoa
              v.
       Nail Flower Beauty Salon

The Appellant's Amended Brief has this day been received and filed in the above styled and numbered cause.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 53219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)

statutes, constitutional provisions, or other law on which argument is based, or any contract or other document central to argument).

Although substantial compliance with Rule 38.1 is generally sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38.1. *See id.* R. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.1.

Accordingly, we **ORDER** appellant's brief stricken and **ORDER** appellant to file an amended brief in this court on or before **March 25, 2015**. The amended brief must correct the violations listed above and fully comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* R. 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [appellant] from filing another, and proceed as if [appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss appeal if appellant fails to timely file brief). Even if we do not strike the brief and prohibit appellant from filing another brief, we may find that any issues raised by appellant are waived due to inadequate briefing, and overrule those issues. *See, e.g., Marin Real Estate Partners v. Vogt*, 373 S.W.3d 57, 75 (Tex. App.—San Antonio 2011, no pet.).

We recognize that appellant represents herself on appeal, i.e., she is acting pro se. However, the law is clear that pro se litigants are held to the same standards as licensed attorneys and must comply with all applicable rules of procedure, including the rules governing appellate briefs. *Valadez v. Avitia*, 238 S.W.3d 843, 845 (Tex. App.—El Paso 2007, no pet.). A pro se litigant is required to properly present her case on appeal just as she is required to properly present her case to the trial court. *Id.* Accordingly, we will not apply different standards merely because an appeal is brought by a litigant acting without advice of counsel. *Id.*

If appellant timely files a brief that complies with this order, appellee's brief will be due thirty days after appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2015.

Keith E. Hottle
Clerk of Court

with all applicable rules, including the rules governing appellate briefs. *Valadez v. Avitia*, 238 S.W.3d 843, 845 (Tex. App.—El Paso 2007, no pet.).

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada

Luz Estrada
Deputy Clerk, Ext. 53219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)
Elizabeth Lennane (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2015

No. 04-14-00509-CV

Gloria **OCHOA**,
Appellant

v.

**NAIL FLOWER BEAUTY SALON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12691
Honorable Antonia Arteaga, Judge Presiding

# ORDER

Appellant filed her brief on February 13, 2015. The brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief violates Texas Rule of Appellate Procedure 38.1 in that it does not contain:

(1) a table of contents;
(2) an index of authorities;
(3) a proper statement of the case;
(4) a brief statement of the issues presented, setting out what errors were allegedly committed by the trial court;
(5) include a statement of facts **with record references**;
(6) a proper summary of the argument;
(7) proper legal argument with appropriate citation to authorities and the appellate record; or
(9) an appendix.

*See id.* R. 38.1(b) (requiring table of contents), 38.1(c) (requiring index of authorities), 38.1(d) (requiring statement of case); 38.1(f) (requiring statement of issues presented), 38.1(g) (requiring statement of facts with record reference), 38.1(h) (requiring summary of argument, 38.1(i) (requiring argument with appropriate citation to authority and record), and 38.1(k) (requiring appendix with copy of judgment or other appealable order, any jury charge and verdict form, any findings of fact and conclusions of law, and text of applicable rules, regulations, ordinances,

statutes, constitutional provisions, or other law on which argument is based, or any contract or other document central to argument).

Although substantial compliance with Rule 38.1 is generally sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38.1. *See id.* R. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.1.

Accordingly, we **ORDER** appellant's brief stricken and **ORDER** appellant to file an amended brief in this court on or before **March 25, 2015**. The amended brief must correct the violations listed above and fully comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* R. 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [appellant] from filing another, and proceed as if [appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss appeal if appellant fails to timely file brief). Even if we do not strike the brief and prohibit appellant from filing another brief, we may find that any issues raised by appellant are waived due to inadequate briefing, and overrule those issues. *See, e.g., Marin Real Estate Partners v. Vogt*, 373 S.W.3d 57, 75 (Tex. App.—San Antonio 2011, no pet.).

We recognize that appellant represents herself on appeal, i.e., she is acting pro se. However, the law is clear that pro se litigants are held to the same standards as licensed attorneys and must comply with all applicable rules of procedure, including the rules governing appellate briefs. *Valadez v. Avitia*, 238 S.W.3d 843, 845 (Tex. App.—El Paso 2007, no pet.). A pro se litigant is required to properly present her case on appeal just as she is required to properly present her case to the trial court. *Id.* Accordingly, we will not apply different standards merely because an appeal is brought by a litigant acting without advice of counsel. *Id.*

If appellant timely files a brief that complies with this order, appellee's brief will be due thirty days after appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Marialyn-Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2015.

Keith E. Hottle
Clerk of Court

Rec'd
1-31-15



# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2015

No. 04-14-00509-CV

Gloria OCHOA,
Appellant

v.

**NAIL FLOWER BEAUTY SALON,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12691
Honorable Antonia Arteaga, Judge Presiding

# ORDER

Appellant has filed a third motion for extension of time to file her brief, asking for an additional sixty days to file her brief. We previously granted her two prior extensions for a total of seventy-four days, making her brief due January 30, 2015. We have reviewed appellant's motion. Based on our review, we **GRANT** appellant's motion in part and **DENY** it in part. We **GRANT** appellant's request for a third extension, but we **DENY** appellant's request for an additional sixty days to file her brief. We **GRANT** appellant an additional sixteen days to file her brief and we **ORDER** her to file her appellant's brief in this court on or before **February 16,** 2015. We advise appellant that **NO FURTHER EXTENSIONS OF TIME TO FILE THE BRIEF WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES.** We recognize appellant is pro se; however, pro se parties are held to the same standards as licensed attorneys and are expected to comply with all rules and procedures applicable to appeals.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court



# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 29, 2015

Gloria E. Ochoa
542 Williamsburg Place
San Antonio, TX 78201

Elizabeth Lennane
Bank of America Plaza
300 Convent St Ste 2350
San Antonio, TX 78205-3703
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   04-14-00509-CV
      Trial Court Case Number:   2013-CI-12691
      Style:  Gloria Ochoa
           v.
           Nail Flower Beauty Salon

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)



# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 28, 2015

Gloria E. Ochoa
542 Williamsburg Place
San Antonio, TX 78201

Elizabeth Lennane
Bank of America Plaza
300 Convent St Ste 2350
San Antonio, TX 78205-3703
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   04-14-00509-CV
       Trial Court Case Number:   2013-CI-12691
       Style: Gloria Ochoa
          v.
       Nail Flower Beauty Salon

    The Appellant's Third Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)